# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2098

_____

United States of America,                    *
                                             *
              Appellee,                       *    Appeal from the United States
                                             *    District Court for the District
       v.                                     *    of Nebraska.
                                             *
Angel Lara-Garcia,                           *           [UNPUBLISHED]
                                             *
              Appellant.                      *

_____

Submitted:  February 21, 2006
    Filed:  February 24, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

       Angel Lara-Garcia appeals the 135-month prison sentence the district court[*]
imposed after Lara-Garcia pleaded guilty to drug conspiracy and forfeiture charges.
Lara-Garcia argues the court committed reversible error when it found he did not
meet the requirements for safety-valve relief set forth in U.S.S.G. § 5C1.2(a)(5).

_____

       [*]The Honorable Richard G. Kopf, United States District Judge for the District
of Nebraska.

Having carefully reviewed the record, we agree with the district court that Lara-Garcia failed honestly to provide the government with all the information and evidence he had concerning his involvement in the charged drug conspiracy. See U.S.S.G § 5C1.2(a)(5); United States v. O'Dell, 204 F.3d 829, 838 (8th Cir. 2000) (affirming denial of safety-valve relief based on testimony and district court's own credibility assessments). Accordingly, we affirm.

_____